UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>    CVAH, INC.,<br><br>        Debtor.<br><br>NOAH G. HILLEN, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of the above-reference Debtor,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN EXPRESS CREDIT CORPORATION, a New York corporation, and Does 1-5,<br><br>        Defendants. | Case No. 1:15-cv-497-BLW<br><br>**ORDER OF DISMISSAL** |

    Based upon a Motion to Dismiss filed by the plaintiff in this matter, the bankruptcy court previously entered an Order Dismissing Adversary Proceeding. *See* Dkt. 85 in Case No. 15-6042-JDP. This proceeding, likewise, should be dismissed. Accordingly,

IT IS ORDERED THAT the above-captioned adversary proceeding is dismissed with prejudice as to all defendants and claims for relief, with each party to bear its own fees and costs related to the dismissed claims.

DATED: November 30, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court